ROBERT REMBOSKE v. HOMASOTE COMPANY.

May 24, 1984.

Petition for certification denied.

MANASQUAN RIVER REGIONAL SEWERAGE AUTHORITY
v. TOWNSHIP OF WALL.

June 5, 1984.

The Court having been advised that the parties wish to have this matter marked as withdrawn, and the court having agreed to dispose of this matter on that basis;

It is ORDERED that the petition and cross-petition for certification are hereby dismissed as moot.

STATE OF NEW JERSEY v. DAVID MARK JAMES.

June 12, 1984.

Petition for certification denied.

PATRICIA A. NEGROTTI v. MATTEO PETER NEGROTTI.

June 12, 1984.

Petition for certification granted.